

The following constitutes
the order of the court. Signed April 12, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Peter Anthony McCoy,<br><br>　　　　　　　Debtor(s). | Case No:　17-52509 SLJ<br><br>Chapter 13<br><br>Date:　April 11, 2018<br>Time:　11:00 a.m.<br>Ctrm:　3099 |

**ORDER ON MOTION TO EXTEND OR IMPOSE STAY
UNDER 11 U.S.C. § 362(c)(3)(B) AND/OR (c)(4)(B)**

　　　Debtor(s) has filed a motion to extend or impose the automatic stay in this bankruptcy proceeding pursuant to 11 U.S.C. § 362(c)(3) and/or (4). The motion came on for hearing at the above-referenced time and date. No creditor(s) objected to the motion.

　　　The court may extend or impose the automatic stay as to any or all creditors "subject to such conditions or limitations as the court may impose." 11 U.S.C. § 362(c)(3)(B) and (c)(4)(B). The court has considered the motion to extend or impose the automatic stay, as well as the history of this case and any predecessor case(s) filed by debtor(s). Based on the motion, debtor(s)' history in bankruptcy, and the full docket in any prior bankruptcy case(s),

　　　**IT IS HEREBY ORDERED:**

　　　1.　　The automatic stay is extended (or imposed) in this case to the earlier of (A) October 18, 2018, or (B) the date debtor(s)' chapter 13 plan is confirmed.

ORDER　　　　　　　　　　　　　　　　1

2. If debtor(s) chapter 13 plan is confirmed by October 18, 2018, the automatic stay is extended to such time as consistent with 11 U.S.C. § 362(c) (1) and (2).

3. If no plan is confirmed by October 18, 2018, the automatic stay terminates without further order of the court.

IT IS SO ORDERED.

***END OF ORDER***

ORDER 2

**COURT NOTICE LIST**

[ALL ELECTRONIC FILERS BY ECF NOTICE ONLY]

ORDER 3