DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re: )
)
Peter Mccoy ) Chapter 13
) Case No. 17-52509 SLJ
)
) TRUSTEE'S OBJECTION TO DEBTOR'S
) MOTION TO MODIFY CHAPTER 13 PLAN
) AND REQUEST FOR HEARING with
) CERTIFICATE OF SERVICE
)
)
)
)
Debtor )

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor should be allowed to modify the Chapter 13 plan as requested. The Trustee objects to the debtor's Motion to Modify Chapter 13 Plan filed on October 3, 2018 for the following reason: All creditors were not properly served with the Motion to Modify and Notice of Opportunity for Hearing. The Trustee requests that the Certificate of Service be filed and that all creditors be served at the correct addresses.

Dated: October 16, 2018            /S/ Devin Derham-Burk
                                   _____
                                   Chapter 13 Trustee

Objection to Modification – Request for Hearing  17-52509 SLJ–

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 16, 2018.

Said envelopes were addressed as follows:

| Peter Mccoy | Law Offices of Aaron Lipton |
| 260 Baltusrol Dr | 7960 B Soquel Dr #156 |
| Aptos, CA 95003 | Aptos, CA 95003 |

/S/ Filipa Gomes
_____
Office of Devin Derham-Burk, Trustee