DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PETER ANTHONY MCCOY

                Debtor

Chapter 13

Case No. 17-52509 SLJ

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN WITH CERTIFICATE OF SERVICE**

DEVIN DERHAM-BURK in the above entitled matter hereby withdraws her Objection to Debtor's Motion to Modify Chapter 13 Plan filed on October 16, 2018 for the following reason(s):

The Trustee's objection has been resolved.

Dated: October 30, 2018        /s/  DEVIN DERHAM-BURK
                                               Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the within Withdrawal of Objection to Debtor's Motion to Modify by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 30, 2018. Said envelopes were addressed as follows:

PETER ANTHONY MCCOY
260 BALTUSROL DR
APTOS, CA 95003

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

Dated: October 30, 2018          /s/ Filipa Gomes
                                 Office of DEVIN DERHAM-BURK
                                 Chapter 13 Standing Trustee