Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
Kristin A. Zilberstein, Esq. (SBN 200041)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Movant, U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 17-52509 |
| | ) |
| Peter Anthony McCoy, dba Peter McCoy Consultant, | ) CHAPTER 13 |
| | ) |
| | ) REF.: MRG-1 |
| Debtors. | ) |
| | ) **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) |
| | ) DATE: December 4, 2018 |
| | ) TIME: 10:30 a.m. |
| | ) CTRM: 3099 |
| | ) PLACE: U.S. Bankruptcy Court |
| | ) 280 South First Street |
| | ) San Jose, CA 95113 |
| | ) |
| | ) Honorable Stephen L. Johnson |

To the Debtors, Debtors' Counsel, and the Chapter 13 Trustee:

**PLEASE TAKE NOTICE** that on December 4, 2018, at 10:30 a.m., or as soon thereafter as the matter can be heard before the Honorable Stephen L. Johnson of the above-entitled court located at 280 South First Street, San Jose, CA 95113, Courtroom 3099, U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors and assigns ("**Movant**"), will move this Court for an order granting relief from the automatic stay

1
NOTICE OF MOTION FOR RELIEF FROM STAY

relative to Movant's interest in the real property commonly known as 260 Baltusrol Drive, Aptos, CA 95003, and more fully described in the Motion herein.

**PLEASE TAKE FURTHER NOTICE** that Respondent must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondent fails to appear, default may be entered.

Dated: November 8, 2018

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.,
Attorney for Movant U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors and assigns